1 Barbara Ransom, State Bar No. 801134
2 Stuart Seaborn, State Bar No. 198590
Jay Koslofsky, State Bar No. 97024
3 Disability Rights California
100 Howe, Suite 235N
4 Sacramento, CA 95825
Telephone: (916) 488-9950
5 Fax: (916) 488-9960

6 Attorneys for Plaintiffs

7

8 **UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10

11 **NICHOLAS SCIVOLETTO**           )   Case No.: 2:09-CV-00964-GEB-GGH
                                    )
12              Plaintiff,          )   **STIPULATION AND ORDER FOR
                                    )   CONTINUATION OF RULE 16
13         v.                       )   SCHEDULING CONFERENCE**
                                    )
14 **SACRAMENTO CITY UNIFIED SCHOOL** )
   **DISTRICT**, et al.,            )
15                                  )
                Defendant.          )
16                                  )
                                    )
17                                  )   **DEMAND FOR A JURY TRIAL**
                                    )
18                                  )

19      This Stipulation is made and entered into between Nicholas Scivoletto, (hereinafter

20 "Plaintiff") and the Sacramento City Unified School District; Susan Miller, acting Superintendent;

21 Cynthia Clark, McClatchy High School Principal; and Pamela Rice, McClatchy High School

22 teacher, (hereinafter collectively referred to as "Defendants"). Plaintiff and Defendants are

23 collectively referred to herein as "Parties."

24      WHEREAS, Plaintiff has filed a civil complaint against Defendants alleging discriminatory

25 acts by Defendants based on Plaintiff's disability. Plaintiff's Complaint sets forth causes of action

26 for injunctive and declaratory relief and seeks damages and fees as a result of Defendants' denying

27 Plaintiff the opportunity to participate in the German American Partnership Program ("GAPP"), a

28 student exchange program offered to McClatchy High School classmates enrolled in the same

1 German language classes in which Plaintiff both participated without accommodations and excelled.

2 WHEREAS, Parties agree to avoid protracted and costly litigation that would result from
3 litigating this matter and are in the process of trying to resolve all aspects of the litigation without
4 trial or adjudication on the merits.

5 AND WHEREAS, the purpose of this Stipulation is to obtain a continuation of the Rule 16
6 conference which this Court has scheduled for July 13 to provide the Parties additional time to
7 conclude these ongoing negotiations which if successful will resolve all aspects of the litigation, and,
8 as none of the Parties admit to wrongdoing, liability or fault, this Stipulation is not to be construed as
9 an admission of liability or wrongdoing;

10 AND WHEREAS, Plaintiff is now, through arrangements agreed to by the Parties, in fact
11 participating in the GAPP Student Exchange Program in Germany with classmates and his mother,
12 as his support person, attending the Privatgymnasium in Kelkheim, Germany, boarding with a host
13 family and participating in trips that are a scheduled part of the visit.

14 AND WHEREAS, the Parties are in the process of attempting to negotiate a resolution of
15 fees and costs associated with this matter without any admission of responsibility for said fees and
16 costs.

17 The Court's order setting a Status (Pretrial Scheduling) Conference is set for July 13, 2009 at
18 9:00 a.m.  This requires the parties to develop a proposed discovery plan by June 22, 2009 and to file
19 a Joint Status Report by June 29, 2009.  Since Plaintiff is now participating in the GAPP Student
20 Exchange Program and the Parties are attempting to resolve fees and costs issues, the Parties are
21 desirous of continuing the Pretrial Scheduling Conference for 60 days so the parties have sufficient
22 time to completely resolve this matter without the necessity of the service of the Complaint,
23 responses to the Complaint as well as preparing for the Pretrial Scheduling Conference.

24 //
25 //
26 //
27 //
28 //

For purpose of this Stipulation only, Domenic D. Spinelli represents all named Defendants. By agreement of the Parties, Plaintiff has not served the complaint and no defendant has made an appearance in this case.

Dated: June ____, 2009                    LAPLANTE, SPINELLI, DONALD & NOTT

By: _____
    DOMENIC SPINELLI, ESQ., SBN 131192
    Attorneys for Defendants

Dated: June ____, 2009                    DISABILITY RIGHTS CALIFORNIA

BY:

_____
Barbara E. Ransom
Stuart Seaborn
Jay Koslofsky

Attorneys for Plaintiff

**ORDER**

Based on the Parties' Stipulation, the Court hereby orders the Scheduling Conference set for July 13, 2009 at 9:00 a.m. to be continued for 60 days. The new status (Pretrial Scheduling) conference date is September 21, 2009 at 9:00 a.m. A joint status report is to be filed fourteen days prior to the hearing.

6/26/09

_____
GARLAND E. BURRELL, JR.
United States District Judge